**Edward H. Trabue, appellant, v. Robert L. Bowman, appellee.**

Suit for specific performance of a contract for the sale of real estate. Demurrer to amended bill sustained. Appeal from the Circuit Court of Greene county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded with directions. Opinion filed July 10, 1922.

Thomas Henshaw and Wayne Wright, for appellant. F. A. Whiteside and D. J. Sullivan, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**George Carp, administrator of the estate of Joseph Carp, deceased, defendant in error, v. John Gudausky, plaintiff in error.**

Action for the negligent death of a boy in a collision between the boy on a bicycle and defendant's automobile. Judgment for plaintiff. Error to the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed July 10, 1922.

Acton, Acton & Snyder, for plaintiff in error. Ralph B. Holmes and Charles Troup, for defendant in error.

Mr. Justice Heard delivered the opinion of the court.

---

**Hester Kline, appellee, v. Estate of Elizabeth Kline, deceased. A. L. Ruffner, appellant.**

Claim against an estate for services. Judgment for plaintiff in county court and in circuit court on appeal under an amended claim for a larger amount. Appeal from the Circuit Court of Clark county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed July 10, 1922.

John J. Arney and S. M. Scholfield, for appellant. Everett Connelly and Graham & Snavely, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**In the matter of the conservatorship of William Elder Karr.**

Report by the conservator of the estate of a spendthrift and drunkard. Objections to the report sustained. (See 217 Ill. App. 555.) Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed July 10, 1922.

Stone & Dick, for appellant. Martin A. Brennan, for appellee; Sigmund Livingston and W. W. Whitmore, of counsel.

Mr. Justice Heard delivered the opinion of the court.